UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELBA FORD,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLINE CIRAOLO-KLEPPER et al.,<br><br>        Defendants. | No. 1:17-cv-00034-DAD-EPG<br><br><br>ORDER RELATING AND REASSIGNING CASES |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MELBA FORD,<br><br>        Defendant. | No. 1:17-cv-00187-LJO-MJS<br><br>**New Case Number:**<br>1:17-cr-00187-DAD-EPG |

Review of the above-captioned action entitled *United States of America v. Melba Ford*, No. 1:17-cv-00187-LJO-MJS ("*Ford II*"), reveals it is related under this court's Local Rule 123 to the following action pending before the undersigned: *Melba Ford v. Caroline Ciraolo-Klepper et al.*, No. 1:17-cv-00034-DAD-EPG. These actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law. In addition, the currently assigned district and magistrate judges in the *Ford II* action have not engaged in that matter in any substantial way.

1

Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Erica P. Grosjean will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. Good cause appearing, the court orders that the *Ford II* action is reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Erica P. Grosjean. All documents filed in that action shall bear the new case number:

1:17-cv-00187-DAD-EPG

IT IS SO ORDERED.

Dated: **March 17, 2017**

_____
UNITED STATES DISTRICT JUDGE

2